IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KAMAL ROY,

      Plaintiff,

v.                                                                                            CV 07-773 LH/RHS

JOHN ROBERTS, et al.,

      Defendants.

### ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition (PFRD), filed on October 11, 2007 (Docket No. 5.). In this recommended disposition, Magistrate Judge Lynch recommended that Plaintiff's complaint be dismissed for failure to state a claim and to comply with pleading requirements, pursuant to FED.R.CIV.P. 8. The parties were notified that objections were due within ten days of service of the PFRD and that if no objections were filed, no appellate review would be allowed (Docket No. 5.). To this date, no objections have been filed. The recommendations of Magistrate Judge Lynch shall be adopted by this Court.

**IT IS THEREFORE ORDERED** that Plaintiff's Complaint be dismissed in its entirety for failure to comply with the pleading requirements of Federal Rule of Civil Procedure 8(a).

_____
SENIOR UNITED STATES DISTRICT JUDGE